| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON | |
| DALE TOLIVER, insured individual,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, a foreign corporation doing business in the State of Washington, and LIFE INSURANCE COMPANY OF NORTH AMERICA, a foreign corporation doing business in the State of Washington,<br><br>Defendants. | Case No: 2:17-CV-0372-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No. 7). The parties have stipulated to the dismissal of this action with prejudice and without additional fees, costs, or payments of any other sums of any kind or description.

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without additional fees, costs or payments of any other sums of any kind or description.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** January 11, 2018.



THOMAS O. RICE
Chief United States District Judge